# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2014

147657

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MICHAEL PARTRICH and DEBRA
PARTRICH BLACK,
      Plaintiffs,

v

                                      SC: 147657
                                      AGC:   0379-12 and 0380-12

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.

_____/

      On order of the Court, the complaint for superintending control is considered. Pursuant to MCR 9.225, we DIRECT the Attorney Grievance Commission to provide a supplemental response in support of its decision to close AGC File No. 0379-12, in light of the deposition testimony attached to the request for investigation in this case, in which the deponents disclaimed any knowledge of facts that supported their settlement demand and probate court actions against the plaintiffs' father. The complaint for superintending control remains pending.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2014



                                  Clerk

h0129